UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 04-229-DLB

IN RE: 2004 DUPONT LITIGATION

## AGREED ORDER OF DISMISSAL

* * * * * * * * * * * * * *

The Court having been notified that the parties have settled all of the lawsuits consolidated into the present action, and being otherwise sufficiently advised,

**IT IS HEREBY AGREED, ORDERED and ADJUDGED** as follows:

1. All of the claims and cases consolidated into In re: 2004 DuPont Litigation, Ashland Civil Action No. 04-229-DLB are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

2. The above referenced cases include:

In re: 2004 DuPont Litigation, 0:04-cv-229-DLB

Loyd Caudill, et al. v. E.I du Pont de Nemours and Co., 0:04-cv-229-DLB

Bob Akers, et al. v. E.I du Pont de Nemours and Co., 0:05-cv-204-DLB

Carl McConnell, et al. v. E.I du Pont de Nemours and Co., 0:05-cv-28-DLB

Randy Craft, et al. v. E.I du Pont de Nemours and Co., 0:05-cv-205-DLB

Phillip Piercy, et al. v. E.I du Pont de Nemours and Co., 0:05-cv-49-DLB

Whitney M. Pierce, et al. v. E.I du Pont de Nemours and Co., 0:05-cv-91-DLB

Scott Stephens, et al. v. E.I du Pont de Nemours and Co., 0:05-cv-206-DLB

3.  The Court finds that the settlement of the claims of minors J.R., T.M., J.W., K.C., G.H., N.W., V.H., Q.J., and C.P. have been duly approved by an appropriate Kentucky court prior to the dismissal of their claims, and.

4.  The Court shall retain jurisdiction over any claim brought to enforce, or otherwise arising out of or related to, the terms of the Confidential Settlement Agreement and General Release executed by the parties.

This 21st day of October, 2011.



Signed By:
*David L. Bunning*
**United States District Judge**


HAVE SEEN AND AGREED TO:

COUNSEL FOR PLAINTIFFS                          COUNSEL FOR DUPONT

*/s/ Stanley M. Chesley*                        */s/ John M. Famularo*
Stanley M. Chesley                              John M. Famularo
Louise M. Roselle                               Daniel E. Danford
Jean M. McCoy (née Geoppinger)                  STITES & HARBISON, PLLC
WAITE, SCHNEIDER, BAYLESS                       250 West Main Street, Suite 2300
& CHESLEY CO., L.P.A.                           Lexington, KY   40507-1758
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH   45202


*/s/ William H. Wilhoit*
William H. Wilhoit
WILHOIT LAW OFFICE
103 South Hord Street
Grayson, KY   41143

2

*/s/ Thomas A. Sweeney*
Thomas A. Sweeney
SWEENEY & FISER, PLLC
2519 Ritchie Avenue
Crescent Springs, KY   41017


*/s/ Barbara L. Strady*
Barbara L. Strady
Casper & Casper
One N. Main Street, P.O. Box 510
Middletown, OH   45042-0510


*/s/ John McGinnis*
John McGinnis
MCBRAYER, MCGINNIS, LESLIE & KIRKLAND
P. O. Box 280
Greenup, KY   41144-0280


*/s/ Joseph Bancsi*
Joseph Bancsi
The Goodwin Bryan Building
22050 Mastick Road
Cleveland, OH   44126


G:\DATA\ORDERS\Ashland Civil\2004\04-229 Agreed Order of Dismissal of consolidated cases.wpd